

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3
Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell,
Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The parties' motions for rehearing were originally due on August 18, 2022, and we granted a joint motion to extend that deadline until September 16, 2022. On September 13, 2022, the parties filed a joint motion requesting an additional extension of time to file their motions for rehearing until October 6, 2022. After consideration, we **GRANT** the motion and **ORDER** the parties to file their motions for rehearing, if any, **by October 6, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court